UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH CARPENTER,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK MACKEY, Correctional Officer at SD State Penitentiary, individual capacity,<br><br>Defendant. | 4:26-CV-04026-RAL<br><br>NOTICE OF RULE 4(m) |

Plaintiff Joseph Carpenter, an inmate at the South Dakota State Penitentiary, filed a pro se prisoner civil rights lawsuit under 42 U.S.C. § 1983. Doc. 1. This Court screened Carpenter's complaint under 28 U.S.C. § 1915A, dismissing his claims in part and directing service in part. Doc. 10. The Court ordered Carpenter to complete and send the Clerk of Court a summons and USM-285 Form for Patrick Mackey, the only defendant remaining after screening. Id. at 17. The summons for Mackey was returned unexecuted because Mackey no longer works for the South Dakota Department of Corrections. Doc. 16 at 2.

"While in forma pauperis plaintiffs should not be penalized for a marshal's failure to obtain proper service, it was [the plaintiff's] responsibility to provide proper addresses for service on [defendants]." Lee v. Armontrout, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam). "[A] plaintiff bears the burden of providing proper service information[.]" Beyer v. Pulaski Cnty. Jail, 589 F. App'x 798, 799 (8th Cir. 2014) (per curiam) (citation omitted). Here, Carpenter has not provided a summons listing the proper address for Mackey. Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss

the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Pursuant to Rule 4(m), this Court intends to dismiss without prejudice Carpenter's claims against Mackey if Carpenter does not send the Clerk of Court a separate summons and USM-285 form for this defendant or demonstrate good cause for his failure to serve this defendant by **November 30, 2026.**

Thus, it is

ORDERED that Carpenter must complete and return to the Clerk of Court a summons and USM-285 form for Mackey or demonstrate good cause for his failure to serve this defendant by **November 30, 2026**. On October 27, 2026, the Clerk of Court sent Carpenter one blank summons and USM-285 form. Doc. 17. Carpenter's failure to complete and return the summons and USM-285 form as directed by **November 30, 2026**, will result in the dismissal of his claim against Mackey without prejudice. It is further

ORDERED that the Clerk of Court will issue the summons upon receipt of the completed summons and USM-285 form. The United States Marshals Service shall serve the completed summons, together with a copy of the complaint, Doc. 1, the Court's 1915A screening order, Doc. 10, and this order upon Mackey. It is further

ORDERED that the United States Marshals Service will not be required to attempt service of the summons if the summons and USM-285 form contain deficiencies substantially similar to the deficiencies that resulted in the initial summons Carpenter completed for Mackey being returned unexecuted. See Doc. 16. It is finally

ORDERED that Mackey shall serve and file an answer or other responsive pleading to the complaint on or before 21 days following the date of service.

DATED October 29th, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE