UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH CARPENTER,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK MACKEY, Correctional Officer at SD State Penitentiary, individual capacity,<br><br>Defendant. | 4:26-CV-04026-RAL<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR ASSISTANCE IN LOCATING DEFENDANT'S ADDRESS |

Plaintiff Joseph Carpenter, an inmate at the South Dakota State Penitentiary, filed a pro se prisoner civil rights lawsuit under 42 U.S.C. § 1983. Doc. 1. This Court screened Carpenter's complaint under 28 U.S.C. § 1915A, dismissing his claims in part and directing service in part. Doc. 10. The summons for Patrick Mackey, the only remaining defendant after screening, was returned unexecuted because Mackey no longer works for the South Dakota Department of Corrections. Doc. 16 at 2. In accordance with Federal Rule of Civil Procedure 4(m), this Court notified Mackey of its intent to dismiss without prejudice his complaint if Carpenter does not send the Clerk of Court a separate summons and USM-285 form providing proper service information for Mackey or demonstrate good cause for his failure to do so by November 30, 2026. Docket 18. In response to the Rule 4(m) notice, Carpenter filed a motion seeking assistance from the Court in locating Mackey's address for service. Docket 19.

In his motion for assistance, Carpenter requests that the Court order "the Department of Corrections to provide the correct known address of ex[-]correctional officer, Patrick Mackey, for summons to legally issue." Doc. 19-1 at 1 (capitalization in original omitted). Carpenter states that because he is incarcerated, he lacks access to publicly available information, via the internet

or otherwise, to search for Mackey's personal address. Doc. 19 at 1. He also states that the Department of Corrections refuses to provide Mackey's address. Id. The Court understands that the Department of Corrections, for security reasons, does not provide current or former inmates with the home address or other contact information for current or former Department of Corrections employees or publicly release this information. Thus, to the extent that Carpenter seeks an order directing the Department of Corrections to provide to him or to make publicly available Mackey's home address or other contact information, Mackey's motion is denied.

Courts in the District of South Dakota have entered orders to assist pro se inmates in perfecting service on defendants who remained after the Court's § 1915A screening when the plaintiff is able to demonstrate that he has diligently attempted to complete service but is unable to do so because of logistical hurdles and Department of Corrections policies that restrict an inmate's ability to gather personal information about current and former employees. See Hicks v. Renner, 4:23-CV-04121-KES, Doc. 16 (D.S.D. Feb. 8, 2024); Christians v. Young, 4:20-04083-LLP, 2023 WL 2687260, at *13 (D.S.D. Mar. 29, 2023); Hughbanks v. Fluke, 2023 WL 1930334, at *1–2 (D.S.D. Feb. 10, 2023); Cody v. Clark, 4:22-CV-04010-KES, 2023 WL 112695, at *7 (D.S.D. Jan. 5, 2023) (citing Hansen v. S.D. Dep't of Corrs., 4:19-CV-04019-KES, Doc. 44 at 4 (D.S.D. Dec. 27, 2019)). Accordingly, this Court grants in part Carpenter's motion for assistance in locating Mackey and will request that the General Counsel for the South Dakota Department of Corrections provide to the United States Marshals Service (USMS) in Sioux Falls, the last known address and other contact information for Mackey by **December 2, 2026**. The Court further orders that Mackey's address or other contact information must **not** appear in any publicly available filing or any filing or pleading provided to Carpenter. If the Department of Corrections is unable to comply with this request or the USMS is unable to serve Mackey based on the information the

Department of Corrections provides, Carpenter may renew his motion for assistance with service, and the Court will consider whether additional assistance may be appropriate in accordance with Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915(d).

Thus, it is

ORDERED that Carpenter's motion for assistance in locating defendant's address, Doc. 19, is granted in part and denied in part. It is further

ORDERED that the Clerk of Court will provide a copy of this Order to the General Counsel for the South Dakota Department of Corrections so that the Department of Corrections is aware of this Court's request that the South Dakota Department of Corrections provide to the United States Marshals Service (USMS) in Sioux Falls the last known address and other contact information for defendant Patrick Mackey by **December 2, 2026**. It is further

ORDERED that Mackey's address and any contact information must **NOT** appear in any publicly available filing or any filing or pleading provided to Carpenter. It is further

ORDERED that the Clerk of Court will issue and deliver to the USMS a completed summons that does not include Mackey's address or contact information. It is further

ORDERED that the USMS shall serve the completed summons, together with a copy of Carpenter's complaint, Doc. 1, and this Court's § 1915A screening order, Doc. 10, on Mackey at the last known address provided by the Department of Corrections. It is further

ORDERED that the USMS is directed to provide the Clerk of Court with a return of service that does **NOT** include Mackey's address. It is finally

ORDERED that Mackey will serve and file an answer or other responsive pleading to the

complaint on or before 21 days following the date of service.

DATED November 18th, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE